# Exhibit A

# GLOBAL HEALTH ALERT: COVID-19

**You may have been exposed to COVID-19 while traveling.**
Watch your health for symptoms. Even with no symptoms, you can spread the virus to others.

## PROTECT OTHERS FROM GETTING SICK:



**Keep 6 ft/2 m apart from others.**



**Wear a mask.**

**Wash your hands often.**

**Close contact activities put you at risk for exposure to COVID-19.**
**If you think you may have been exposed while you traveled, take extra care for 14 days after travel:**

- Stay home as much as possible.
- Avoid being around people, especially those at higher risk for severe illness from COVID-19.
- Consider getting tested for COVID-19.





For more information: www.cdc.gov/COVIDtravel

For information about COVID-19 and how to monitor your health after travel, open your cell phone camera and scan this code.

코로나바이러스감염증(COVID-19) 및 여행 후 건강상태를 모니터링하는 방법에 대한 정보를 보려면, 휴대폰 카메라로 이 코드를 스캔하십시오.

Для получения информации о COVID-19 и о том, как контролировать состояние вашего здоровья после путешествия, включите камеру на вашем мобильном телефоне и отсканируйте этот код:

COVID-19 के बारे में और यात्रा के बाद अपने स्वास्थ्य पर निगरानी कैसे रखें, इस बारे में जानकारी के लिए, अपने सेल फ़ोन का कैमरा खोलें और इस कोड को स्कैन करें:

Pour obtenir des informations relatives à COVID-19 et à la manière de surveiller votre santé après un voyage, ouvrez la caméra de votre téléphone portable et scannez le code suivant :

للحصول على معلومات حول مرض كوفيد-19 وكيفية مراقبة حالتك الصحية بعد السفر، افتح كاميرا هاتفك الخلوي وامسح هذا الرمز ضوئيًا:

COVID-19 (コロナウィルス感染症(COVID-19))
に関する情報および旅行後の健康状態のモニタリング方法については、お手持ちの携帯電話のカメラでこのコードをスキャンしてください。

Untuk mendapatkan maklumat mengenai COVID-19 dan cara mengawasi kesihatan anda selepas perjalanan, buka kamera telefon bimbit anda dan imbas kod ini:

有关COVID-19 的信息以及旅行后如何监控您的健康状况，请打开手机摄像头并扫描此二维码：

برای دریافت اطلاعات در مورد COVID-19 و نحوه نظارت بر سلامتی خود پس از سفر، دوربین تلفن همراه خود را باز کنید و این کد را اسکن کنید:

Para obtener información sobre el COVID 19 y cómo monitorear su salud después de un viaje, abra la cámara de su teléfono y escanee este código:

Para obter informações sobre o COVID-19 e como monitorar sua saúde após a viagem, abra a câmera do seu celular e digitalize este código:

Per informazioni sulla COVID-19 e su come monitorare la Sua salute dopo il viaggio, apra la fotocamera del Suo cellulare e scansioni questo codice:

www.cdc.gov/COVIDtravel