# Exhibit B

# NEW YORK STATE TRAVELER HEALTH FORM rev. 11/4/20

(One form per adult required. Children or other dependents traveling with you can be included with one adult.)

In response to increased rates of COVID-19 transmission in the United States and other countries, and to protect New York State's (NYS) successful containment of COVID-19, NYS has issued a travel advisory for anyone entering NYS from a non-bordering state or traveled internationally from a country designated under a CDC level 2 (moderate risk) or 3 (high-risk) COVID-19 travel health notice.

All travelers coming to NYS from areas beyond the border states (NJ, CT, PA, MA, VT) must fill out this paper form (or online at: https://coronavirus.health.ny.gov/covid-19-travel-advisory#traveler-health-form. Travelers must quarantine for 14 days from the last day in a non-border state or another country, unless the traveler meets certain criteria. See reverse for additional details.

First (given) name: _____ Last (family) name: _____

Birth date: ____/____/_____ (Month/Day/Year)     Gender: ____Male    ____Female    ____Non-Binary

| Children/Dependents traveling with you – First and Last Name | Birth date (Month/Day/Year) | Gender |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

Telephone number:            (      ) _____-_____      Mobile?       ___Yes       ___No
Alternate telephone number: (      ) _____-_____      Mobile?       ___Yes       ___No
E-mail address: _____
Primary state of residence:   ___NYS       ___Other (specify): _____
Date of arrival to NYS: ____/____/_____ (Month/Day/Year)

**IN THE LAST 14 DAYS HAVE YOU BEEN IN A STATE (not bordering NYS) OR COUNTRY (designated under a CDC level 2 (moderate risk) or 3 (high-risk) COVID-19 travel health notice)?**

____Yes-for more than 24 hours      ____Yes-for 24 hours or less, but not in the course of travel
____Yes, for less than 24 hours, solely in the course of travel (e.g., layover)   _____No

List state/country: _____ Last date in state/country:   ____/____/_____ (Month/Day/Year)
Other state/country(s): _____ Last date(s) in state/country:  ____/____/_____ (Month/Day/Year)
Destination address in New York State: _____
City: _____  State: _____   Zip: _____
County: _____ Hotel Name (if applicable): _____
For New York State residents, is destination address your primary residence?   ____Yes   ____No
For non-New York State residents, duration of visit in NYS:    _____

**Did you take a COVID-19 test within at most 72 hours prior to arriving in NYS?**
___   No
___   Yes - You are acknowledging the Department of Health reserves the right to request a copy of the test result. If you are unable to provide, you will be required to quarantine for 14 days and may face a fine. You also must take a COVID-19 test on day 4 after arrival to NYS and quarantine until that second test result is negative.

How did you travel into New York State? (select all that apply)
___Private vehicle    ___Public Transport   ___Train      ___Airplane   ___Ship      ___Bus
Arrival Airport: _____   Airline: _____   Flight #: _____   Seat #: _____



Turn page (1 of 2)

**TODAY OR IN THE PAST 24 HOURS, HAVE YOU HAD ANY OF THE FOLLOWING SYMPTOMS?**

Fever (100.4° F / 38° C or higher), felt feverish, or had chills?   ____Yes   ____No
Cough? (new or worsening)?   ____Yes   ____No
Difficulty breathing? (new or worsening)?   ____Yes   ____No

You will be called by a representative of the New York State Contact Tracing Program. Do you consent to receive messages via text? (If you do not consent to text, you will be called to clarify any information needed.)
_____Yes   _____No

What is your primary language?   ____English   ____Other (please specify): _____

**ESSENTIAL WORKERS** Are you a NYS resident and essential worker in NYS?
____Yes   ____No
Are you visiting to perform essential work in NYS?   ____Yes   ____No
If yes, are you a (select one):
- ____ Short-term essential worker traveling to New York State for a period of less than 12 hours? (such as an essential worker passing through NYS, delivering goods, awaiting flight layovers, and other short duration activities)
- ____ Medium-term essential worker traveling to New York State for a period of 36 hours or less? (such as an essential worker delivering multiple goods in NYS, awaiting longer flight layover, and other medium duration activities)
- ____ Long-term essential worker traveling to New York State for a period of greater than 36 hours? (such as an essential worker working on longer projects, fulfilling extended employment obligations, and other longer duration activities)

**EXEMPTIONS**
All New Yorkers, as well as those visiting from out of state, are required to comply with all COVID-19 safety measures including wearing face coverings, social distancing and avoiding group gatherings and vulnerable populations in the best interest of public health.
- Travelers from border states (NJ, CT, PA, MA, VT) are not required to quarantine or test. However, non-essential travel is discouraged.
- Essential workers from other states and countries are not required to quarantine. However, NYS essential workers and long-term essential workers are required to get tested 4 days after their arrival to NYS.
- Travelers passing through another state or country for less than 24 hours, other than in the course of travel, are not required to quarantine. However, the traveler must take a COVID-19 test 4 days after their arrival in New York State.
- Travelers who had a COVID-19 test prior to coming to NYS must take a second COVID-19 test on day 4 after arrival, and are required to quarantine for a minimum of 3 days upon arrival, and are no longer required to quarantine upon receiving a negative result from the second test (the test taken in New York).
- All other travelers are required to quarantine for 14 days if they do not test prior to departure and on day 4 after arrival.

If you believe extraordinary circumstances apply and you should be exempt from any of these requirements, please contact the NYS COVID-19 Hotline at 1-888-364-3065.

**ADDITIONAL INFORMATION**
- For additional information regarding the NYS Travel Advisory visit: https://ny.gov/traveladvisory
- For a list of countries designated under a CDC level 2 or 3 COVID-19 travel health notice, visit https://www.cdc.gov/coronavirus/2019-ncov/travelers/map-and-travel-notices.html
- Upon entering New York State, if you are a traveler and do not have a suitable dwelling for your 14-day quarantine period, you must find appropriate accommodations at your own cost. If you are a NYS resident returning from travel and do not have appropriate accommodations for quarantine, please call your local health department: www.health.ny.gov/contact/contact_information/

**ATTESTATION**
I hereby attest, under penalty of law, that all information that I have provided is true and accurate to the best of my knowledge.

_____   _____
                        Signature                                                                  Date



(2 of 2)