# Exhibit C



No. 205.2

EXECUTIVE ORDER

**QUARANTINE RESTRICTIONS ON TRAVELERS ARRIVING IN NEW YORK**

**WHEREAS,** the State of New York has successfully slowed the transmission of COVID-19;

**WHEREAS,** the State of New York has gone from having the highest infection rate to one of the lowest in the country and is one of only a few states reported to be on track to contain COVID-19;

**WHEREAS,** the Governor has undertaken a cautious, incremental and evidence-based approach to reopening the State of New York;

**WHEREAS,** other states that may have taken a less cautious approach are experiencing an increased prevalence of COVID-19;

**WHEREAS,** New York must work in conjunction with its contiguous states, in light of the significant risk posed to the health and welfare of all residents by the further spread of COVID-19 to the tristate area, to protect the progress made;

**NOW, THEREFORE,** I, Andrew M. Cuomo, Governor of the State of New York, by virtue of the authority vested in me by the Constitution and the Laws of the State of New York, in particular Article IV, section one, I do hereby order and direct as follows:

The commissioner of the Department of Health to modify the travel Advisory issued pursuant to Executive Order 205 to be communicated widely at all major points of entry into New York, including on highway message boards and in all New York airports, that advisory shall state that:

All travelers entering New York from a state which is not a contiguous state shall quarantine for a period of 14 days consistent with Department of Health regulations for quarantine unless:

For travelers who travel outside of New York for less than 24 hours, the traveler need not test prior to departure from the state, and does not need to quarantine upon arrival.

However, such travelers must continue to fill out the traveler form upon entry; and further shall take a diagnostic test on the fourth day after arrival in New York.

For any traveler who has traveled outside of New York for more than 24 hours, such traveler must seek testing prior to departure from that state, within 72 hours of departure, prior to arrival in New York.

The traveler must, upon arrival in New York, quarantine according to Department of Health guidelines for a minimum of three days, measured from time of arrival and on day 4 may seek a diagnostic test to exit quarantine. The traveler may exit quarantine upon receipt of the second negative test result.

The Commissioner may issue additional protocols for essential workers, or for other extraordinary circumstances, when a quarantine is not possible, provided such measures continue to safeguard the public health.

This modified Advisory shall be effective at 12:01 a.m. on November 4, 2020, until rescinded by the Commissioner.

Any violation of a quarantine or isolation order issued to an individual pursuant to the Commissioner of the Department of Health's travel advisory by a local department of health or state department of health may be enforced pursuant to article 21 of the public health law, and non-compliance may additionally be deemed a violation pursuant to section 12 of the public health law subject to a civil penalty of up to $10,000.



GIVEN  under my hand and the Privy Seal of the

State in the City of Albany this thirty-

first day of October in the year two

thousand twenty.

BY THE GOVERNOR

Secretary to the Governor