# LAW OFFICE OF EUGENE M. LYNCH
## ATTORNEY AND COUNSELOR AT LAW

488 EMPIRE BOULEVARD, SUITE 101
BROOKLYN, NY 11225
TEL: **(212) 354-5555**
FAX: **(718) 636-4444**

EMAIL: ELYNCHLAW@OUTLOOK.COM

December 2, 2020

**Via ECF:**

Honorable Douglas C. Palmar, Clerk
United States District Court
Eastern District of New York
225 Cadman Plaza E,
Brooklyn, NY 11201

**Please refund ANYEDC-13767804.**

*APPROVED*
*By AugustMarziliano at 8:50 am, Dec 03, 2020*

Re: *Weisshaus v. Cuomo*
Case No: 1:20-cv-05826-BMC

Honorable Clerk:

This firm represents the Plaintiff.

In filing the complaint on behalf of Plaintiff a glitch in the ECF system did not include the complaint with all its attachments. (ECF 1). Each time, the system required that Plaintiff pay $402 as the filing fee, resulting in Plaintiff paying the filing fee twice. Enclosed are true copies of the receipts as Exhibit A receipt ANYEDC-13767684 and B receipt ANYEDC-13767804.

Wherefore, it is respectfully requested that the Court refund one filing fee of $402 to the card number ending 5953.

Respectfully submitted,

Law Office of Eugene M. Lynch

/ s / Eugene M. Lynch
_____
Eugene M. Lynch

**Elynchlaw@outlook.com**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, December 1, 2020 8:49 PM |
| **To:** | elynchlaw@outlook.com |
| **Subject:** | Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: 5321502
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $402.00
Tracking Id: ANYEDC-13767684
Approval Code: 725961
Card Number: ************5953
Date/Time: 12/01/2020 08:48:42 ET


NOTE: This is an automated message. Please do not reply

| | |
|---|---|
| **Subject:** | Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | 12/1/2020 9:47:26 PM |
| **To:** | yoelweisshaus@gmail.com; |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

  Account Number: 5321502
  Court: NEW YORK EASTERN DISTRICT COURT
  Amount: $402.00
  Tracking Id: ANYEDC-13767804
  Approval Code: 058969
  Card Number: ************5953
  Date/Time: 12/01/2020 09:47:24 ET


NOTE: This is an automated message. Please do not reply