UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

YOEL WEISSHAUS,

                Plaintiff,

-against-

Hon. ANDREW CUOMO, in his official and individual capacities,

                Defendant.

No. 20-cv-05826

**NOTICE OF APPEARANCE**

    TODD A. SPIEGELMAN, an Assistant Attorney General in the Office of the Attorney General of the State of New York, hereby enters his appearance as counsel for Defendant Hon. ANDREW CUOMO in the above-captioned action and certifies that he is admitted to practice in this Court.

Dated: New York, New York
       December 18, 2020

Respectfully submitted,

**LETITIA JAMES**
Attorney General of the State of New York
*Attorney for Defendant*
By:
_____/S/_____
TODD A. SPIEGELMAN, ESQ.
Assistant Attorney General
28 Liberty Street, 17th Floor
New York, NY 10005
 (212) 416-8661
Todd.Spiegelman@ag.ny.gov

TO: All counsel of record (via ECF)