

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

WRITER'S DIRECT DIAL: 212-416-8661

DECEMBER 29, 2020

Via ECF
Hon. Judge Brian M. Cogan, U.S.D.J.
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Weisshaus v. Cuomo</u>, No. 20-cv-05826 (E.D.N.Y.)

Dear Judge Cogan:

    This Office represents Defendant Andrew M. Cuomo in his personal capacity and his official capacity as the Governor of the State of New York ("Governor Cuomo") in the above-referenced action. In this matter, Plaintiff challenges the requirement of Executive Order 205.1 that certain travelers entering New York complete a short health information form which is used to ensure compliance with quarantine requirements designed to reduce the spread of COVID-19. On December 23, 2020, Plaintiff filed documents styled as a motion for a preliminary injunction. ECF No. 12. Specifically, Plaintiff seeks an injunction to avoid completing the two-page form when he returns from an overseas trip on January 13, 2021. ECF No. 11-1 ¶ 13. Although, Plaintiff has known of his arrival date since last month, *id.*, but waited until just before Christmas to file his motion. Also on December 23, 2020, the Court entered a minute entry on Plaintiff's "proposed motion" moving forward an initial status conference originally set for January 13, 2021 to January 5, 2021.

    I write to request a short adjournment of Governor Cuomo's deadline to oppose the preliminary injunction motion from January 6, 2021 to January 11, 2021. Governor Cuomo makes this request because it will be difficult to prepare and finalize opposition papers, including client affidavits, over the holidays, as a number of necessary personnel are unavailable this week. In the alternative, Governor Cuomo respectfully requests the opportunity to discuss a briefing schedule for his opposition papers during the January 5, 2021 conference.

    This is Defendant's first request for this relief. Plaintiff objects to this request on the following basis: "As provided in the PI motion, on January 13, 2021, Plaintiff is scheduled to arrive at JFK Airport. The Court must have an opportunity to be fully briefed, prior to that date and determine whether the Court will issue a preliminary injunction."

      Thank you for your Honor's attention in this matter.

                                      Respectfully submitted,

                                      _____/S/_____
                                      Todd A. Spiegelman
                                      Assistant Attorney General

cc: Eugene Lynch, Esq. *Plaintiff's Counsel* (by ECF)