**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

YOEL WEISSHAUS,                                :
                                              :        **Case: 1:20-cv-05826**
                           *Plaintiff,*        :
                                              :
                    - against -               :
                                              :
Hon. ANDREW CUOMO in his official and         :
individual capacities,                        :
                                              :
                          *Defendant.*         :

## NOTICE OF APPEAL

Notice is hereby given pursuant to 28 U.S.C.A. § 1292(a)(1) that Yoel Weisshaus hereby appeals to the United States Court of Appeals for the Second Circuit from an order by the Honorable Brian Cogan, refusing to grant a preliminary injunction, dated January 11, 2021.

Dated: Brooklyn, NY

        January 12, 2021

                                        Respecfully submitted,

                                        Law Office of Eugene M. Lynch

                                        By: Eugene M. Lynch

                                        488 Empire Blvd, Suite 101
                                        Brooklyn, NY 11225

                                        Tel: 212.354.5555