

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

WRITER'S DIRECT DIAL: 212-416-8661

Via ECF                                                                 JANUARY 14, 2021
Hon. Judge Brian M. Cogan, U.S.D.J.
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>Weisshaus v. Cuomo</u>, No. 20-cv-05826 (E.D.N.Y.)

Dear Judge Cogan:

      This Office represents Defendant Andrew M. Cuomo in his personal capacity and in his official capacity as the Governor of the State of New York in the above-referenced action. I write to request a two-week extension of the briefing schedule for the Governor's motion to dismiss the Complaint. This is Governor Cuomo's first request for this relief. I asked Plaintiff's counsel whether he would consent to this request, but received no response.

      I make this request for family medical reasons. I can provide a letter to the Court under seal explaining those reasons if needed.

      Defendant proposes the following changes to the briefing schedule:

| Event | Original Deadline | Proposed Deadline |
|---|---|---|
| Defendant's Motion to Dismiss | January 19, 2021 | February 2, 2021 |
| Plaintiff's Opposition to Defendant's Motion to Dismiss | February 2, 2021 | February 16, 2021 |
| Defendant's Reply in Further Support of His Motion to Dismiss | February 9, 2021 | February 23, 2021 |

      Thank you for your Honor's attention in this matter.

                                       Respectfully submitted,
                                       _____/S/_____
                                       Todd A. Spiegelman

cc: Eugene Lynch, Esq. (by ECF)