UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

YOEL WEISSHAUS,

                *Plaintiff,*

   - against -

ANDREW M. CUOMO, in his official and Individual capacities,

                *Defendant.*

20-CV-05826 (BMC)(KNF)

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that defendant Andrew M. Cuomo, in his official and in his personal capacity, by his attorney, LETITIA JAMES, Attorney General of the State of New York, will move this Court before the Honorable Brian M. Cogan, United States District Judge, at the United States Courthouse for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an order dismissing the Complaint in the above-captioned action, filed December 1, 2020 pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that, in support of his motion to dismiss, defendant shall rely upon the Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint, dated February 2, 2021; the Complaint itself; and all other pleadings and papers herein.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's order, dated January 14, 2021, any opposition papers to this motion to dismiss are due on or before February 16, 2021, and defendant may reply on or before February 23, 2021.

Dated: New York, New York
February 2, 2021

                                                   LETITIA JAMES
                                                   Attorney General of the
                                                   State of New York
                                                   *Attorney for Defendant*
                                                   By:
                                                   _____/S/_____
                                                   TODD A. SPIEGELMAN
                                                   Assistant Attorney General
                                                   28 Liberty Street
                                                   New York, NY 10005
                                                   Tel. No.: (212) 416-8661

To:    Eugene Lynch, Esq.
        Law Offices of Eugene Lynch
        488 Empire Blvd., Suite 100
        Brooklyn, New York 11225
        *Attorney for Plaintiff*