** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| March 18, 2021 at 12:59:34 PM EDT | | 111 | 3 | Received |

Case 1:20-cv-05826-BMC   Document 27   Filed 03/18/21   Page 1 of 3 PageID #: 262

From: Yoel Weisshaus        Fax: 19177220913         To:            Fax: (718) 613-2236         Page: 1 of 3         03/18/2021 12:57 PM



Yoel Weisshaus
235 Milford Avenue 2E
New Milford NJ, 07646

*Cell*: 917.335.1933
*Tel*: 201.357.2651
*Fax*: 201.625.6313
*Email*: yoelweisshaus@yahoo.com

March 5, 2021

To:   The Honorable Brian M. Cogan, Judge
      United States District Court
      Eastern District of New York
      225 Cadman Plaza E,
      Brooklyn, NY 11201

<u>Re: *Weisshaus v. Cuomo.* 1:20-cv-5826 (BMC)</u>

Dear Judge Cogan,

On March 4, 2021, I mailed via Priority Mail the attached application to the Clerk of the Court, to obtain filing access through the Court's ECF system.[1] It is now March 18, 2021 and the Clerk has yet to enter my filing.

Coupled with that, the Court directed the Clerk to "add to the docket Mr. Weisshaus' mailing address as indicated in the fax 25 and mail to him a copy of the Pro Se Registration and Consent for Electronic Service of Orders and Notices court form." (ECF February 26, 2021). That also has yet to happen.

Currently, my opposition is due March 23, 2021. Given the delay of process by the Clerk of the Court, I am forced to submit this letter by fax to avoid any further delays.

Very truly yours,

Yoel Weisshaus

Cc: Todd A. Spiegelman, via fax (212) 416-6075

---

[1] The tracking number is 9505 5150 0058 1064 3877 30; delivered as of March 8, 2021

1 | P a g e



Yoel Weisshaus
235 Milford Avenue 2E
New Milford NJ, 07646

*Cell*: 917.335.1933
*Tel*: 201.357.2651
*Fax*: 201.625.6313
*Email*: yoelweisshaus@yahoo.com

March 1, 2021

To: The Honorable Brian M. Cogan, Judge
United States District Court
Eastern District of New York
225 Cadman Plaza E,
Brooklyn, NY 11201

<u>Re: *Weisshaus v. Cuomo.* 1:20-cv-5826 (BMC)</u>

Dear Judge Cogan,

I write to request filing access through the Court's ECF system.

The following background support this application. In, June 2014, I successfully completed the ECF training provided by the Southern District of New York. Subsequently, I was granted ECF access in *Weisshaus v. Port Authority*, 11-6616-RKE (SDNY). In addition, the Court of Appeals for the Second Circuit approved the same application in *Weisshaus v. Port Authority* 19-161.

This application is necessary. ECF access would reduce my burden of traveling from New Jersey to conduct filings. Enclosed is a proposed order for the convenience of the Court.

Very truly yours,

Yoel Weisshaus

Cc: Todd A. Spiegelman, via fax (212) 416-6075

1 | P a g e

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Yoel Weisshaus

                     Plaintiff,

-against-

ANDREW CUOMO in his official and individual capacities,

                     Defendant(s).

Docket Number:

**Motion for Permission for Electronic Case Filing**

As the (Plaintiff/Defendant) *pro se* Yoel Weisshaus in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I have completed the Court's CM/ECF introduction course.
3. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.
4. I understand that e-mail is not foolproof, and therefore, I must regularly review the docket sheet of the case so that I do not miss a filing.
5. I have regular access to the technical requirements necessary to e-file successfully:

   - [✔] A computer with internet access;
   - [✔] An e-mail account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - [✔] A scanner to convert documents that are only in paper format into electronic files;
   - [✔] A printer or copier to create to create required paper copies such as chambers copies;
   - [✔] A word-processing program to create documents; and
   - [✔] A pdf reader and a pdf writer to convert word-processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: Mar 1, 2021

Name: Yoel Weisshaus

Address: 235 Milford Avenue 2E
New Milford, NJ 07646

Phone Number: 9173351933

E-mail Address: yoelweisshaus@gmail.com

Signature: *[signed]*

The motion is:
- [ ] Granted.
- [ ] Denied.

So Ordered:

_____
U.S. District Judge / U.S. Magistrate Judge